UNPUBLISHED

COURT OF APPEALS OF VIRGINIA


Present: Judges McCullough, Decker and Senior Judge Felton


US AIRWAYS GROUP, INC.

MEMORANDUM OPINION[*]

v.      Record No. 1542-15-4      PER CURIAM
                                   FEBRUARY 2, 2016

MARCIA MORGAN AND
 MICHAEL APRIL, M. D. & ASSOCIATES


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Michael N. Salveson; Charles F. Trowbridge; Littler Mendelson, on
briefs), for appellant.

(Bruce M. Bender; Erica T. Davis; Axelson, Williamowsky,
Bender & Fishman, P.C., on brief), for appellees.


US Airways Group, Inc. ("employer") appeals from a September 1, 2015 opinion of the

Workers' Compensation Commission affirming a deputy commissioner's opinion. The deputy

commissioner found that medical treatment rendered by Dr. Michael April ("provider") was

reasonable, necessary, and causally related to Marcia Morgan's ("claimant") November 19, 1999

work accident and that the treatment was authorized. On appeal, employer contends the

Commission erred by finding that (1) provider is an authorized treating physician and

(2) provider's medical treatment of claimant was reasonable, necessary, and causally related to

the November 19, 1999 accident.

Upon reviewing the record and briefs, we conclude that this appeal is without merit.

Accordingly, we summarily affirm the Commission's decision. Rule 5A:27. We affirm for the

reasons stated by the Commission in its final opinion. See Morgan v. US Airways Group, Inc.,

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

JCN 2000966 (Sept. 1, 2015).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>